UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Jason Alan Meneley, | ) | 8:04-1867-GRA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **ORDER OF DISMISSAL** |
| | ) | |
| South Carolina Highway Patrol | ) | (Written Opinion) |
| and James T. Edwards, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before this Court on Defendant James T. Edwards' motion for summary judgment. This Court held a hearing on April 25, 2005, and Plaintiff, through his counsel, consented to dismiss all causes of action against Defendant James T. Edwards in this matter. Counsel for Defendant James T. Edwards consented to the dismissal.

IT IS THEREFORE ORDERED that all causes of action against Defendant James T. Edwards in the above-captioned action are hereby dismissed with prejudice with each party being responsible for their own fees and costs.

IT IS SO ORDERED.

S/ G. Ross Anderson, Jr.
G. ROSS ANDERSON, JR..
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

April   28   , 2005

1